Case # 5:24-CR-139 (BKS)            9-11-24

To whom it may concern:

This is Brian Fredendall again. I'm sorry, I messed up. I *do* want Randi Bianco to be, and stay my appointed lawyer/attorney. I have issues with my brain, and it was a misunderstanding. I'm sorry for the inconvenience! Thank You, and god bless.

Sincerely,
Brian Fredendall

Brian Fredendall
24B1901    C1-34
Marcy Correctional Facility
Box 3600
Marcy, NY 13403-3600

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 1 6 2024
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

**MARCY CORRECTIONAL FACILITY**
BOX 3600
MARCY, N.Y. 13403-3600

NAME: Brien Fredendall   DIN: 24B1901

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
SEP 16 2024
RECEIVED
legal mail

Marcy
Correctional Facility

NEOPOST
09/12/2024
US POSTAGE $000.69⁰

ZIP 13403
041L11259879

Federal Court / Federal
100 S. Clinton St.
Syracuse, NY 13261

132613610 COS1